1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | WENDY L. ABANGAN,          ) Case No.: C 05-1480 PVT
                                )
13 |         Plaintiff,         ) [PROPOSED] ORDER AWARDING
                                ) EAJA ATTORNEY FEES
14 | v.                         )
                                )
15 | MICHAEL J. ASTRUE, Commissioner )
   | of Social Security,        )
16 |                            )
                                )
17 |         Defendant.         )
   |_____)
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

22 the amount of THREE THOUSAND dollars ($3,000.00) as authorized by 28

23 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

24 DATE: 7/21/08

25                           *Patricia V. Trumbull*
                             THE HONORABLE PATRICIA V. TRUMBULL
26                           UNITED STATES MAGISTRATE JUDGE

27

28